AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**FABIAN MONROY-CARMONA**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JUNE 17, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer a false United States identification document, to wit, a social security card, knowing that such document was produced without lawful authority.

in violation of Title __18__ United States Code, Section(s) __1028(a)(2)__.

I further state that I am __OFFICER ANDREW WATSON__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
**OFFICER ANDREW WATSON**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____  at  __Washington, D.C.__
Date                                   City and State

_____       _____
Name & Title of Judicial Officer       Signature of Judicial Officer