## **STATEMENT OF FACTS**

      On Saturday, June 17, 2006, at approximately 4:23 p.m., sworn officers with the United States Park Police were in the 1600 block of Harvard Street, N.W., Washington, D.C. when they observed the defendant, Fabian Monroy-Carmona walking towards three subjects sitting on a bench. As the defendant approached the bench he was handed some money by one of the subjects. The defendant walked away counting the money. The defendant then walked back to the bench and handed the subject a small envelope and walked away. Officers approached the three subjects sitting on the bench, and a check of the envelope revealed a fraudulent resident alien card, a fraudulent social security card, and a piece of paper listing the name on both cards. The social security card appeared to have been issued under the lawful authority of the United States even though it had not been. The subject told officers that he had just purchased the cards from the subject in the red hat for $80.00. The defendant was wearing a red hat when officers saw him receive the money and give the subject the envelope. Officers approached the defendant and told him they were police, at which time the defendant attempted to run. The defendant was stopped. A search of the defendant revealed $80.00 in U.S. Currency. Officers placed the defendant under arrest.

_____
OFFICER ANDREW WATSON
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JUNE, 2006.

_____
U.S. MAGISTRATE JUDGE